Case 3:20-cr-00042-PDW *SEALED*   Document 377   Filed 08/20/20   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br><br>Johnna Goodiron<br><br>*Defendant* | )<br>)<br>) Case No.  3:20-cr-42-24<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Johnna Goodiron,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☒ Superseding Indictment     ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
Forfeiture Allegation

Date:  08/20/2020

/s/ Jackie Stewart
*Issuing officer's signature*

Jackie Stewart, Deputy Clerk
*Printed name and title*

City and state:   Fargo, ND

### Return

This warrant was received on *(date)* 8/24/2020 , and the person was arrested on *(date)* 8/24/2020
at *(city and state)* St. Michael, ND

Date:  8/24/2020

*Arresting officer's signature*

Jarrod R. Birchler / Special Agent
*Printed name and title*